**FILED**

12/13/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0382

# IN THE SUPREME COURT OF THE STATE OF MONTANA
## DA 24-0382

IN RE THE PARENTING OF:
A.H.S., a minor child;

CHAD SENECHAL,

      Petitioner and Appellee,

  and

MAIRA HORTA MOSS,

      Respondent and Appellant.

**ORDER GRANTING MOTION
FOR EXTENSION OF TIME**

Upon Motion of the Appellee for an extension of time and good cause appearing, the Motion is hereby GRANTED. The Appellee is granted an extension of time until January 3, 2025, within which to prepare, file and serve his Response Brief.

No further extensions will be granted.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
December 13 2024